IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS WAYNE WHITE,　§　<br>　§　<br>　Plaintiff　§　<br>　§　<br>v.　§　<br>　§　<br>MICHAEL J. ASTRUE,　§　<br>Commissioner of Social Security,　§　<br>　§　<br>　Defendant.　§　| Civil Action No. 3:11-CV-1304-P-BH |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Plaintiff's Motion for Summary Judgment*, filed December 5, 2011 is **DENIED**, *Defendant's Motion for Summary Judgment*, filed December 30, 2011 is **GRANTED**, and the final decision of the Commissioner is wholly **AFFIRMED**.

SIGNED this 15th day of October, 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE